# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LOUIS JAVIER QUINTANA ALVAREZ, *et al.*, <br><br> Defendant. | 1: 12-cv-1946-AWI-BAM <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO SET ASIDE** <br><br> (Doc. 20) |

## **ORDER**

Before the Court is Plaintiff's Motion for Leave to File Oppositions to Defendants' Motions to Set Aside Default Judgment. (Docs. 13, 18). The Court, having considered the pleadings and for good cause being shown, **IT IS HEREBY ORDERED**

1. Plaintiff's Motion for Leave to file an opposition to Defendants' Motions to Set Aside Default Judgment is **GRANTED** (Doc. 20);

2. Plaintiff shall file its opposition, attached to Plaintiff's Motion for Leave, as a separate entry in the docket for purposes of clarifying the record. (Docs. 20-2, 3).

IT IS SO ORDERED.

Dated:   **April 9, 2013**                    /s/ **Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE