# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS INC. | 1:12-cv-1946-AWI-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| LOUIS JAVIER QUINTANA ALVAREZ., *et al.*, | |
| Defendants. | |

On March 11, 2013 and March 20, 2013 Defendants Louis Javier Quintana Alvarez and Jose Ernesto Zelaya ("Defendants"), filed Motions to Set Aside Default. (Docs. 13, 18). On April 19, 2013, United States Magistrate Judge Barbara A. McAuliffe issued Findings and Recommendations recommending Defendants' Motions to Set Aside Default be granted. (Doc. 25). The April 19, 2013, Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within fifteen days of service of the Order. (Doc. 25). To date, Plaintiff has not filed any objections to the Findings and Recommendations.

In accordance with the provisions of Title 28 of the United States Code section 636(b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that Defendants' Motions to Set Aside Default are
2  GRANTED.

4  IT IS SO ORDERED.

6  Dated:  May 15, 2013

                                                                 SENIOR DISTRICT JUDGE