UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** <br><br> **Plaintiff** <br><br> **v.** <br><br> **LOUIS JAVIER QUINTANA ALVAREZ and JOSE ERNESTO ZELAYA, individually and d/b/a/ LA HUACAN RESTAURANT AND NIGHT CLUB,** <br><br> **Defendants** | **CASE NO. 1:12-CV-1946 AWI BAM** <br><br> **ORDER VACATING SEPTEMBER 9, 2013 HEARING DATE** <br><br> **ORDER TAKING MOTION FOR JUDGMENT ON THE PLEADINGS UNDER SUBMISSION** |

Defendant's motion for judgment on the pleadings has been set for hearing in this case on September 9, 2013.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 9, 2013, is VACATED, and the parties shall not appear at that time.  As of September 9, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 6, 2013

SENIOR DISTRICT JUDGE