# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:12-cv-01946-AWI-BAM |
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY** |
| v. | |
| LOUIS JAVIER QUINTANA ALVAREZ and JOSE ERNESTO ZELAYA, individually and d/b/a LA HUACAN RESTAURANT AND NIGHT CLUB, | |
| Defendants. | |

Plaintiff has filed a motion for leave to file surreply.  The Court has considered Plaintiff's motion for judgment on the pleadings, along with all documents filed in the case and relevant authority.  The Court does not find that a surreply is necessary.  An order on the motion for judgment on the pleadings will be issued in due course.

Plaintiff's motion for leave to file a surreply is DENIED.

IT IS SO ORDERED.

Dated:   November 18, 2013

SENIOR DISTRICT JUDGE