# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | 1:12-cv-01946-AWI-BAM |
| Plaintiff, | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE** |
| v. | |
| LOUIS JAVIER QUINTANA ALVAREZ, et. al., | |
| Defendant. | |

On December 11, 2013, Plaintiffs accepted Defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. (Doc. 45) On January 13, 2014, Defendants gave notice to this Court that the judgment had been satisfied. (Doc. 46) Due to the complete satisfaction of judgment as to all of the parties to this action there is no longer a need to keep this case open. Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: May 22, 2014 _____
SENIOR DISTRICT JUDGE

1